UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MATSUI,<br><br>                           Plaintiffs,<br>v.<br><br>CITY OF SAN DIEGO AND DOES 1-20, inclusive,<br><br>                          Defendants. | Case No.: 21cv1710-MMA(BLM)<br><br>**ORDER GRANTING JOINT MOTION FOR PROTECTIVE ORDER WITH MODIFICATION**<br><br>**[ECF No. 6]** |

      On December 17, 2021, the parties filed a joint motion requesting that the Court enter the parties' Protective Order. ECF No. 6. The Court has considered the Proposed Protective Order and, for good cause shown, the joint motion is **GRANTED** with the following modification:

      Paragraph 15 [ECF No. 6 at 13] should read: "**Continuing Jurisdiction**: The Court shall retain jurisdiction for a period of one (1) year after the conclusion of this action to enforce the terms of the Protective Order."

      **IT IS SO ORDERED.**

Dated: 12/20/2021

Hon. Barbara L. Major
United States Magistrate Judge