# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MATSUI,<br><br>                             Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO and DOES 1–20,<br><br>                             Defendants. | Case No. 21-cv-1710-MMA (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>[Doc. No. 12] |

On April 19, 2022, Plaintiff and Defendant City of San Diego filed a joint motion to extend the time for Defendant to respond to the Complaint. According to the parties, they have settled the matter and need additional time to complete the settlement process. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion. Defendant must respond to the Complaint on or before **June 6, 2022**.

**IT IS SO ORDERED**.

Dated:  April 19, 2022

*/s/ Michael M. Anello*

HON. MICHAEL M. ANELLO
United States District Judge