# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN MATSUI,<br><br>                           Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO,<br><br>                          Defendant. | Case No. 21-cv-1710-MMA (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>[Doc. No. 14] |

On May 31, 2022, Plaintiff Justin Matsui and Defendant City of San Diego filed a joint motion to dismiss this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES** this action in its entirety with prejudice. Each party shall bear its own costs and attorneys' fees. The Court further **DIRECTS** the Clerk of Court to terminate all pending deadlines and close this case.

**IT IS SO ORDERED**.

Dated: June 1, 2022

HON. MICHAEL M. ANELLO
United States District Judge